

515 SOUTH VINE AVENUE
TYLER, TEXAS 75702
PHONE 903-592-4433
www.mikepattersonmediation.com
mike@mikepattersonmediation.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| JANICE MILLER | § | |
| | § | |
| | § | |
| V. | § | CIVIL NO.:2:09CV113 |
| | § | |
| | § | |
| UNIVERSITY OF TEXAS HEALTH | § | |
| SCIENCE CENTER AT TYLER, TEXAS, | § | |
| TIMOTHY C. ALLEN, M.D., | § | |
| ROBERT MARSHALL, AND | § | |
| GEORGIA MELTON | § | |

## MEDIATOR'S REPORT

After mediating on July 13, 2010, the parties settled subject to approval by appropriate state authorities which may take ninety days.

SIGNED this 16th day of July, 2010.

**Mike Patterson**
**MEDIATOR**

# CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above and foregoing was served upon all attorneys of record, via email, this 16th day of July, 2010.

Kara Barrett
Secretary to Mike Patterson

cc:
      Mr. Charles Clark
      Email: chc@charlesclarklaw.com

      Mr. Greg Porter
      Email: greg@charlesclarklaw.com

      Ms. Mishell Kneeland
      Email: mishell.kneeland@oag.state.tx.us